UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
United States of America,

                                 -against-

Omaris Rosario-Almonte,
                            Defendant.
---------------------------------------------------------X

**ORDER**

7:24-CR-00559 (CS)

Seibel, J.

       The Clerk of Court is directed to unseal the Magistrate case docket (7:23-MJ-01933) for Defendant Omaris Rosario-Almonte for purposes of merging the documents into this case.

       **SO ORDERED.**

Dated: September 27, 2024
       White Plains, New York

                                                                _____
                                                                Cathy Seibel, U.S.D.J.