**\ SEALED \**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>-against-<br><br>OMARIS ROSARIO-ALMONTE,<br><br>                        Defendant. | 7:23-MJ-1933 (NSR)(AEK)<br><br>ORDER AMENDING<br><br>APPEARANCE BOND |

NELSON S. ROMÁN, United States District Judge:

On March 15, 2023, the Court held a *de novo* bail review, wherein the Government sought to revoke the bail conditions set by Magistrate Judge Krause on March 9, 2023. See Appearance Bond dated March 9, 2023.

Based upon its review of the record and the factors set forth in 18 U.S.C. 3142(g), including consideration of the rebuttable presumption of flight and danger, the Court modifies the bail conditions as follows:

Defendant Omaris Rosario-Almonte shall submit a secured, personal recognizance bond in the amount of **three hundred thousand dollars ($300,000.00)**, which shall be secured **by fifty thousand dollars ($50,000.00)** in cash deposit with the Court and consigned by three (3) financially responsible people.

All other conditions shall remain the same as set by Magistrate Judge Krause.

SO ORDERED.

Dated: March 15, 2023

White Plains, NY

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE