UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

OMARIS ROSARIO-ALMONTE,

    Defendant.

- - - - - - - - - - - - - - - - x

SEALED ORDER

23 Mag. 1933

WHEREAS, an application has been made by the United States of America, with the defendant's consent, requesting that: the (1) Complaint 23 Mag. 1933 (the "Complaint") and related charging paperwork in this matter be filed under seal until further order of this Court; and (2) all docket entries associated with the defendant's court proceedings in this matter be sealed until further Order of this Court; and

WHEREAS, the Court finds that the safety of the defendant may be placed at risk and that active law enforcement investigations may be compromised if the Government's application is not granted;

IT IS HEREBY ORDERED that: (1) the Complaint and related charging paperwork in this matter shall be sealed; (2) the transcript of the defendant's Presentment shall be sealed; (3) this Order and the related Application shall be sealed; and (4) the case shall be sealed in the public docket; and

IT IS FURTHER ORDERED that counsel for the defendant and the Government may be provided a copy of the transcript of the proceedings without further Order of the Court.

SO ORDERED:

Dated:   White Plains, New York
         March 15, 2023

THE HONORABLE PAUL E. DAVISON
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK