# JAMES E. NEUMAN

Attorney at Law
100 Lafayette Street – Suite 501
New York, New York 10013

———

TEL 212-966-5612
FAX 646-651-4559
james@jamesneuman.com

August 12, 2025

BY ECF
Hon. Cathy Seibel
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Unless the Government objects on or before 8/19/25, Pretrial Services shall return Mr. Rosario-Almonte's passport to Mr. Neuman.

SO ORDERED.

8/14/25

*Cathy Seibel*
CATHY SEIBEL, U.S.D.J.

Re: *United States v Omaris Rosario-Almonte,* 24 Cr. 559 (CS)

Your Honor:

      I represent Omaris Rosario-Almonte.  At the outset of this case, Mr. Rosario-Almonte's passport was surrendered to the pre-trial services office.  In January of 2025, he was sentenced to a term of fifty months of imprisonment. As of the date of this letter, the pre-trial services office is still in possession of the passport, but my understanding is that it may be discarded or sent to another location soon.  His family would like to retrieve the passport for future purposes. Accordingly, I ask that you endorse this letter so that it may serve as an Order to pre-trial services for the return of his passport by the Clerk of the Court.

      Thank you for your attention to this matter.

Respectfully submitted.

/s/
James E. Neuman